UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Case No. **08 MJ 1188** |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF: |
| **Jesus Israel AMADOR-Quinonez,** | Title 8 U.S.C., Sec. 1324 (a)(1)(A)(ii) Transportation of Illegal Aliens |
| Defendant(s) | |

The undersigned complainant, being duly sworn, states:

On or about **April 15, 2008,** within the Southern District of California, defendant **Jesus Israel AMADOR-Quinonez** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Tomas MIRANDA-Peralta, Marcos CALDERON-Melecio, and Juan Enrique VARGAS-Ramirez** had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **17th** DAY OF **APRIL 2008**

Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Jesus Israel AMADOR-Quinonez

## PROBABLE CAUSE STATEMENT

Furthermore, the complainant states that **Tomas MIRANDA-Peralta, Marcos CALDERON-Melecio, and Juan Enrique VARGAS-Ramirez** are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On April 15, 2008, Border Patrol Agent R. Callaway was working in the area of Otay Lakes Road, east of Wueste Rd. in Jamul, California. Agent Callaway was wearing plainclothes and driving an unmarked Service vehicle. Agent Callaway was traveling east on Otay Lakes Road, when he noticed that a Gold colored Chrysler sedan, located four vehicles in front of him enter into the Skydive San Diego, Inc. facility. After all vehicles passed by, the gold sedan immediately pulled out and continued eastbound positioned now behind Agent Callaway's vehicle. Agent Callaway noticed that the driver was male, Hispanic with short hair and observed the gold sedan riding higher in the rear than do similar vehicles of this make and model. The gold sedan also had very dark, tinted windows. These two factors combined with the fact that Otay Lakes Rd. between Hwy 94 and Wueste Rd. is notorious for the presence of illegal aliens and alien smugglers who transport them, led Agent Callaway to pay close attention to this vehicle.

As Agent Callaway passed the six and one half mile marker on Otay Lakes Road, he observed through his rearview mirror the gold sedan pulling to the shoulder of the roadway. He then observed people entering the gold sedan. Agent Callaway immediately turned around. The driver, later identified as the defendant **Jesus Israel AMADOR-Quinones**, accelerated west from that location on Otay Lakes Rd.

As the gold sedan proceeded west, the defendant began to pass other vehicles by crossing the double yellow lines. The gold sedan continued west on Otay Lakes Rd. and entered the Eastlake neighborhood of Chula Vista, California. The defendant proceeded through several red traffic lights and stop signs at a high rate of speed before turning into a dead end road. The defendant and all occupants bailed out of the car and ran into the yards of the surrounding neighborhood. After a brief foot pursuit seven occupants including the defendant were located. Agents identified themselves as Border Patrol Agents and determined all subjects including the defendant to be Mexican citizens with no immigration documents that would allow them to enter the United States legally. At 1:05 PM, all subjects including the defendant were arrested and transported to the Chula Vista Border Patrol Station for processing.

CONTINUATION OF COMPLAINT:
Jesus Israel AMADOR-Quinonez

### DEFENDANT STATEMENT:

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted that he is a citizen and national of Mexico illegally present in the United States.

The defendant initially denied that he had been the driver of the gold Chrysler. He stated that he had crossed together with the group of aliens. When confronted with the fact that he was dressed in clean clothing, which contrasted with that of the other detained aliens, and that he had been identified as the driver by some of the smuggled aliens, the defendant recanted and stated that he was in fact the driver. The defendant said that he had agreed to drive in lieu of paying a smuggling fee.

The defendant said that he was a smuggled alien who had been smuggled across into the United States two days ago. He stated that he was being smuggled to Los Angeles, California for $1800.00 (USD). The defendant stated that he agreed to pick up a load of nine undocumented aliens, and that in addition to the waiving of the $1800.00 fee, the smuggler had agreed to give him an unspecified amount of money. The defendant lastly stated that he was aware that the people he was picking up did not have documents allowing them to enter the U.S. legally.

### MATERIAL WITNESSES STATEMENTS:

The statements of material witnesses **Tomas MIRANDA-Peralta, Marcos CALDERON-Melesio and Juan Enrique VARGAS-Ramirez** agree in summary that they are citizens and nationals of Mexico and illegally present in the United States. They stated that they do not have any immigration documents allowing them to be in the United States legally. They stated that they made arrangements or others made arrangements for them, to be smuggled into the United States. The material witnesses stated that they were to pay between $1,000.00 to $1,800.00 U.S. dollars to be smuggled into the United States. All three material witnesses were able to identify the defendant **Jesus Israel AMADOR-Quinonez** as the driver from photographic line up.