# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> AMADOR ) <br> ) <br> Defendant(s) ) <br> ) | CRIMINAL NO. 08mj1188 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/(Magistrate Judge),

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted) / Case Disposed / Order of Court).

Juan Enrique Vargas-Ramib

DATED: 4/29/08

Barbara Lynn Major

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____       OR
           DUSM
                            W. SAMUEL HAMRICK, JR.  Clerk
                                     by
                                     Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082