

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR 1373-H |
| | ) | |
| Plaintiff, | ) | **I N F O R M A T I O N** |
| | ) | |
| v. | ) | Title 8, U.S.C., |
| | ) | Secs. 1324(a)(1)(A)(ii) and |
| JESUS ISRAEL AMADOR-QUINONEZ, | ) | (v)(II) - Transportation of |
| | ) | Illegal Aliens and Aiding and |
| Defendant. | ) | Abetting |
| | ) | |

The United States Attorney charges:

On or about April 15, 2008, within the Southern District of California, defendant JESUS ISRAEL AMADOR-QUINONEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Marcos Calderon-Melecio, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: May 1, 2008.

KAREN P. HEWITT
United States Attorney

*Tara Stingley*
for CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:es:San Diego
4/18/08