```
 1  KAREN P. HEWITT
    United States Attorney
 2  PAUL S. COOK
    Assistant U.S. Attorney
 3  California State Bar No. 79010
    United States Attorney's Office
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619)557-5687/(619)235-2757(Fax)
    Email: paul.cook@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

8                       UNITED STATES DISTRICT COURT

9                      SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  UNITED STATES OF AMERICA, ) | Criminal Case No. 08cr1373-H |
| 11                 Plaintiff, ) | |
| 12          v.             ) | NOTICE OF APPEARANCE |
| 13  JESUS ISRAEL AMAFOR-QUINONEZ, ) | |
| 14                 Defendant. ) | |

17  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

18      I, the undersigned attorney, enter my appearance as lead
19  counsel in the above-captioned case.  I certify that I am
20  admitted to practice in this court or authorized to practice under
21  CivLR 83.3.c.3-4.

22      The following government attorneys (who are admitted to
23  practice in this court or authorized to practice under CivLR
24  83.3.c.3-4) are also associated with this case, should be listed
25  as lead counsel for CM/ECF purposes, and should receive <u>all</u>
26  Notices of Electronic Filings relating to activity in this case:
27      <u>Name</u> - "None"
28

1  Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

Please call me if you have any questions about this notice.

DATED: August 27, 2008.

        Respectfully submitted,

        KAREN P. HEWITT
        United States Attorney

        <u>s/Paul S. Cook</u>
        PAUL S. COOK
        Assistant United States Attorney
        Attorney for Plaintiff
        United States of America
        Email: paul.cook@usdoj.gov

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cr1373-H |
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| JESUS ISRAEL AMAFOR-QUINONEZ, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, PAUL S. COOK, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

        Lynn H. Ball
        lhball@sbcglobal.net

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

the last known address, at which place there is delivery service of mail from the United States Postal Service.
I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 27, 2008.

        s/Paul S. Cook
        PAUL S. COOK

3